UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-mj-1244 |
| | ) | |
| | ) | JUDGE HOLMES |
| LUIS MIGUEL MARTIN-FERNANDEZ | ) | |

## UNITED STATES' MOTION FOR A DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

Comes Now the United States of America by Henry C. Leventis, United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(B) & (C). The United States submits that the Defendant is charged in the Indictment with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act as well as an offense which carries a maximum sentence of life imprisonment. As such, since these offenses are enumerated under § 3142(f)(1), there is no question that the Government is entitled to a detention hearing on this matter.

Additionally, the United States would submit that – by operation of 18 U.S.C. § 3142(e)(3)(A) – a rebuttable presumption exists before this court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." The United States intends to rely on the presumption at the detention hearing in this matter.

Finally, the United States would note that the Defendant is charged in an Indictment out of the District of Puerto Rico and submits, subject to additional proof at the detention hearing, that the Defendant is a flight risk.

The United States also respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: */s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6607
Robert.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically and by hand to counsel for defendant via CM/ECF on the 3rd day of October, 2024.

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE